# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RAYFORD CLARK,

Plaintiff,

v.                                                    Case No. 6:11-cv-675-Orl-18KRS

THE BRACHFELD LAW GROUP,

Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, RAYFORD CLARK, (hereinafter referred to as "Plaintiff"), through

undersigned counsel, hereby notifies the Court that a settlement has been reached in the instant

matter.

Dated: May 16, 2011                        Respectfully submitted,

/s Andrew I. Glenn_____
Andrew I. Glenn, Esq.
E-mail:  Andrew@cardandglenn.com
Florida Bar No. 577261
J. Dennis Card, Jr., Esq.
E-mail:  Dennis@cardandglenn.com
Florida Bar No. 0487473
Card & Glenn, P.A.
2501 Hollywood Boulevard, Suite 100
Hollywood, Florida 33020
Telephone:  (954) 921-9994
Facsimile:  (954) 921-9553
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 16, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s Andrew I. Glenn_____
Andrew I. Glenn, Esq.

## SERVICE LIST

Kanika D. Walker, Esq.
Email: kwalker@brachfeldcollections.com
Director of Legal Compliance
800 W. Sam Houston Parkway S., Suite 200
Houston, TX 77042
Served via E-mail