UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RAYFORD CLARK,**

          **Plaintiff,**

-vs-                                   Case No. 6:11-cv-675-Orl-18KRS

**THE BRACHFELD LAW GROUP,**

          **Defendant.**

_____

## ORDER

The Court has been advised by the plaintiff in the above-styled action that this case has been settled. Accordingly, pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is

**ORDERED** that this cause is **DISMISSED** subject to the right of any party to re-open the action within sixty (60) days upon good cause shown, or to submit a stipulated form of final order or judgment.

**DONE** and **ORDERED** in Orlando, Florida, this ___23___ day of May, 2011.

                                                  _____
                                                  G. KENDALL SHARP
                                                  SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record